IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | | |
|---|---|---|
| WILLIAM D. SUTHERLAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07cv557 (JCC/TCB) |
| | ) | |
| SOSi INTERNATIONAL, LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' Motion to Dismiss is GRANTED in part and DENIED in part;

(2) Defendants' Motion to Dismiss Count I is DENIED;

(3) Defendant's Motion to Dismiss Plaintiff's Claim for Emotional Pain and Distress Damages is GRANTED;

(4) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

/s/
James C. Cacheris
United States District Judge

August 10, 2007
Alexandria, Virginia