```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division
```

| | | |
|---|---|---|
| WILLIAM D. SUTHERLAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07cv557 (JCC/TCB) |
| | ) | |
| SOS INTERNATIONAL, LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' Motion for Summary Judgment is DENIED;

(2) The Clerk of the Court shall strike this case from the active roll of cases. A Status Conference will be held on September 5, 2008 at 10:00 AM;

(3) The Clerk of the Court shall forward copies of this Order to all counsel of record.


March 17, 2008                              /s/
Alexandria, Virginia              James C. Cacheris
                          UNITED STATES DISTRICT COURT JUDGE